IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01757-DME-KLM

TIMOTHY F. KAISER, and
PATRICIA KAISER,

    Plaintiffs,

v.

MOUNTAIN STATES MUTUAL CASUALTY CO.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Stay Discovery** [Docket No. 25; Filed September 25, 2012] (the "Motion"). Defendant seeks a stay of discovery until 30 days after a ruling on the Motion to Dismiss [#10] pending before District Judge David M. Ebel. Defendant requests the stay "in order to avoid the litigation costs inherent in performing discovery while a legally dispositive issue is pending before the Court." [# 25] at 2. The recently issued Scheduling Order accounts for the requested stay. [# 24] at 8, 10-11.

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED** and that all discovery is stayed until 30 days after a ruling on the Motion to Dismiss.

    Dated: September 26, 2012