IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01757-DME-KLM

TIMOTHY F. KAISER and
PATRICIA KAISER,

     Plaintiffs,

v.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico corporation,

     Defendant.

## FINAL JUDGMENT

     Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion to Dismiss, filed January 17, 2013, by the Honorable David M. Ebel, United States District Judge, and incorporated herein by reference as if fully set forth, it is

     ORDERED that judgment is hereby entered in favor of favor of Defendant, Mountain States Mutual Casualty Company, a New Mexico corporation, and against Plaintiffs, Timothy F. Kaiser and Patricia Kaiser, on Defendant's Motion to Dismiss.  It is further

     ORDERED that the claim for breach of contract is dismissed without prejudice.  It is further

     ORDERED that the claim for breach of the implied covenant of good faith and fair dealing is dismissed with prejudice.  It is further

     ORDERED that the withdrawn claim for breach of contract based on provisions

of an umbrella liability policy is dismissed without prejudice.  It is further

ORDERED that plaintiff's complaint and this civil action are dismissed, as the Court's Order of January 17 has ended the litigation in this proceeding.

DATED at Denver, Colorado this <u>18th</u> day of January, 2013.

                                              FOR THE COURT:

                                              JEFFREY P. COLWELL, CLERK

                                              <u>By: s/ Edward P. Butler</u>
                                              Edward P. Butler,
                                              Deputy Clerk